**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD OWENS, | No. CV 13-689-JFW(CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SERGEANT FRANKLIN, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Report and Recommendation. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//

1

1   **IT IS THEREFORE ORDERED** that judgment be entered dismissing
2 Plaintiff's Complaint without leave to amend and dismissing this
3 action for failure to state a claim.[1]

5 DATED:  March 28, 2013

7                                    _____
                                         JOHN F. WALTER
                                     United States District Judge

---

[1] This dismissal is with prejudice with regard to the claims asserted in the Complaint, and without prejudice to filing a new Complaint asserting factual allegations not raised in the present Complaint and plausibly supporting a cognizable claim on which Plaintiff has exhausted administrative remedies.