1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  RICHARD OWENS,                    )      No. CV 13-689-JFW(CW)
                                      )
13            Plaintiff,              )      ORDER ACCEPTING REPORT AND
                                      )      RECOMMENDATION OF UNITED STATES
14        v.                          )      MAGISTRATE JUDGE
                                      )
15  SERGEANT FRANKLIN, et al.,        )
                                      )
16            Defendants.             )
    ——————————————————————————————————)
17

18       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19  entire record in this action, as well as the Report and Recommendation

20  of the United States Magistrate Judge, and the Supplemental Report and

21  Recommendation.  The court has engaged in a de novo review of those

22  portions of the Report and Recommendation to which objection has been

23  made.  The court accepts the findings and recommendation of the

24  Magistrate Judge.

25  //

26  //

27  //

28  //

                                      1

1    **IT IS THEREFORE ORDERED** that judgment be entered dismissing

2    Plaintiff's Complaint without leave to amend and dismissing this

3    action for failure to state a claim.[1]

4

5    DATED:  March 28, 2013

6

7                                                    JOHN F. WALTER
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
     _____

26        [1]  This dismissal is with prejudice with regard to the claims
     asserted in the Complaint, and without prejudice to filing a new
27   Complaint asserting factual allegations not raised in the present
     Complaint and plausibly supporting a cognizable claim on which
28   Plaintiff has exhausted administrative remedies.