JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OWENS, | ) | No. CV 13-689-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SERGEANT FRANKLIN, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed for failure to state a claim.[1]

DATED: March 28, 2013

_____
JOHN F. WALTER
United States District Judge

---

[1] This dismissal is with prejudice with regard to the claims asserted in the Complaint, and without prejudice to filing a new Complaint asserting factual allegations not raised in the present Complaint and plausibly supporting a cognizable claim on which Plaintiff has exhausted administrative remedies.

1